

**FILED & ENTERED**

**NOV 09 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Petr Medacek,<br><br><br><br>                Debtor(s). | Case No: 2:17-bk-20560-NB<br><br>Chapter: 13<br><br>**ORDER IMPOSING SANCTIONS AGAINST RONALD A. NORMAN**<br><br>Hearing Date:<br>Date:  November 7, 2017<br>Time:  10:00 a.m.<br>Place: Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

    At the date, time and place set forth above, this court held a hearing on its order directing the above-captioned debtor's counsel, Ronald A. Norman, Esq. ("Mr. Norman"), to appear and show cause (dkt. 21, the "OSC") why this court should not sanction him for violating Rule 9011(b) (Fed. R. Bankr. P.) for filing opposition papers that appears to have been presented for improper purposes.  Mr. Norman did not appear at the hearing on the OSC.  At the hearing, this court took under submission whether to issue sanctions against Mr. Norman and, if so, in what amount.

    For the reasons set forth in the OSC, and with good cause appearing, it is hereby

    ORDERED that monetary sanctions in the amount of $400 are hereby imposed on Mr. Norman, and it is further

1     ORDERED that Mr. Norman must pay the foregoing sanctions by cashier's check or United States post money order, payable to the Clerk of the United States Bankruptcy Court, and delivered with a copy of this Order to any Intake cashier at the Bankruptcy Court for the Central District of California.

###

Date: November 9, 2017

Neil W. Bason
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Ronald A. Norman, Esq.
Law Offices of Ronald A. Norman
5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607
ronaldanorman@sbcglobal.net

☐ Service information continued on attached page

Date:   11/9/2017         Signature:         /s/ Sharon Sumlin

                          Deputy Clerk [*printed name*]:   Sharon Sumlin